```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    LAW OFFICES OF ALLEN HYMAN
 2  10737 Riverside Drive
    North Hollywood, California  91602
 3  P: (818) 763-6289 or (323) 877-3405
    F: (818) 763-4676
 4  E: lawoffah@aol.com

 5  Attorneys for Plaintiff and
    Counter-defendant JOMAR TABLE
 6  LINENS, INC.

 7                                                          JS-6

 8
                       UNITED STATES DISTRICT COURT
 9
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  JOMAR TABLE LINENS, INC., a      )  CASE NO. 5:12-cv-01579-FMO-OP
    California corporation,          )
12                                   )  ORDER
                 Plaintiff,          )
13                                   )
         v.                          )
14                                   )
    SOFTLINE HOME FASHIONS, INC., a  )
15  Delaware corporation,            )
                                     )
16               Defendant.          )
                                     )
17  _____)
    SOFTLINE HOME FASHIONS, INC., a  )
18  Delaware Corporation,            )
                                     )
19            Counter-claimant,      )
                                     )
20       v.                          )
                                     )
21  JOMAR TABLE LINENS, INC., a      )
    California Corporation, and Does )
22  1 through 10, inclusive.         )
                                     )
23            Counter-defendants.    )
                                     )
24  _____)

25  ///

26  ///

27  ///

28  ///
                                     1
                            (PROPOSED) ORDER
```

C:\Temp\notesC7A056\PROP_ORD.wpd

Upon the stipulation of the parties and good cause appearing the Court Orders as follows:

1. Plaintiff Jomar Table Linens, Inc.'s September 17, 2012 Complaint (#1) and Softline Home Fashions, Inc.'s December 12, 2012 Counter-claim (#21) are both dismissed without prejudice.

2. Both Jomar Table Linens, Inc., and Softline Home Fashions, Inc., will each bear their own costs and attorneys fees.

This ORDER resolves all matters between all parties and operates as a final disposition of this docket.

DATED: February 14, 2013    /s/ Fernando M. Olguin
                            U.S. DISTRICT COURT JUDGE

Submitted by:

/s/ Allen Hyman
Allen Hyman, Esq.
Attorney for Plaintiff
and Counter-defendant

2
**(PROPOSED) ORDER**

C:\Temp\notesC7A056\PROP_ORD.wpd