```
 1 │ ALLEN HYMAN, ESQ. (CBN: 73371)
   │ LAW OFFICES OF ALLEN HYMAN
 2 │ 10737 Riverside Drive
   │ North Hollywood, California  91602
 3 │ P: (818) 763-6289 or (323) 877-3405
   │ F: (818) 763-4676
 4 │ E: lawoffah@aol.com
   │
 5 │ Attorneys for Plaintiff and
   │ Counter-defendant JOMAR TABLE
 6 │ LINENS, INC.
 7 │                                             JS-6
 8 │
   │             UNITED STATES DISTRICT COURT
 9 │
   │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10 │
11 │ JOMAR TABLE LINENS, INC., a      ) CASE NO. 5:12-cv-01579-FMO-OP
   │ California corporation,          )
12 │                                  ) ORDER
   │            Plaintiff,            )
13 │                                  )
   │      v.                          )
14 │                                  )
   │ SOFTLINE HOME FASHIONS, INC., a  )
15 │ Delaware corporation,            )
   │                                  )
16 │            Defendant.            )
   │                                  )
17 │ _____  )
   │ SOFTLINE HOME FASHIONS, INC., a  )
18 │ Delaware Corporation,            )
   │                                  )
19 │            Counter-claimant,     )
   │                                  )
20 │      v.                          )
   │                                  )
21 │ JOMAR TABLE LINENS, INC., a      )
   │ California Corporation, and Does )
22 │ 1 through 10, inclusive.         )
   │                                  )
23 │            Counter-defendants.   )
   │                                  )
24 │ _____  )
25 │ ///
26 │ ///
27 │ ///
28 │ ///
```

1        Upon the stipulation of the parties and good cause
2 appearing the Court Orders as follows:
3        1.   Plaintiff Jomar Table Linens, Inc.'s September 17,
4 2012 Complaint (#1) and Softline Home Fashions, Inc.'s December 12,
5 2012 Counter-claim (#21) are both dismissed without prejudice.
6        2.   Both Jomar Table Linens, Inc., and Softline Home
7 Fashions, Inc., will each bear their own costs and attorneys fees.
8        This ORDER resolves all matters between all parties and
9 operates as a final disposition of this docket.

12 DATED: February 14, 2013      /s/ Fernando M. Olguin
                                            U.S. DISTRICT COURT JUDGE

14 Submitted by:

/s/ Allen Hyman
16 Allen Hyman, Esq.
    Attorney for Plaintiff
17 and Counter-defendant

2
**(PROPOSED) ORDER**

C:\Temp\notesC7A056\PROP_ORD.wpd